IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., a Delaware corporation, PFIZER IRELAND PHARMACEUTICALS, an Irish partnership, and WARNER-LAMBERT COMPANY, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1218 (JJF) |
| v. | ) ) | |
| SUSIE CHAPMAN, an individual, d/b/a ONLINE ENTERPRISES d/b/a GLOBAL-PRESCRIPTIONS.NET, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff instituted this action to, *inter alia,* halt the unauthorized sale of "lipitor generic" into the United States via the internet (DI 1). Plaintiff diligently attempted to effect service of process but its efforts were unsuccessful. The accused domain site, www.global-prescriptions.net has ceased selling pharmaceutical products. Consequently, Plaintiff Pfizer Inc, by its undersigned counsel, hereby dismisses the above-referenced action against Defendants, without prejudice, pursuant to Fed.R. Civ. P. 41(a)(1).

Connolly Bove Lodge & Hutz LLP

/s/ James D. Heisman
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
*Attorneys for Plaintiffs*

Dated: Feb. 8, 2006

IT IS SO ORDERED this ____ day of February, 2006.

_____
U.S. District Court Judge